Law Offices of William M. Parker
William M. Parker, OSB #742505
Attorney for Debtor
4248 Galewood Street
Lake Oswego, OR 97035
Tel: 503.675.4315
Fax: 503.675.4312
E-mail: bill@billparkerlaw.net

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON**

| | | |
|---|---|---|
| In re Vince E. Granno | ) | CASE No. 13-64457-tmr13 |
| | ) | |
| | ) | MOTION TO EXTEND TIME TO FILE |
| | ) | CHAPTER 13 PLAN |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

Debtor moves the court for an order extending the time to file his Chapter 13 Plan until December 10, 20132.

Debtor owns a auto body paint shop. His Chapter 13 bankruptcy was filed on an emergency basis. He is in the process of getting his financial records updated. He has some IRS and ODR debt we are still trying to get figures on. An, I am presently out of the office on vacation through December 8 and will; be back in the office on December 9. It is difficult right now to put together an accurate and viable Chapter 13 Plan. Therefore, Debtor asks for this extension of time until December 11, 2013 to file his Chapter 13 Plan.

DATED this 3th day of December 2013.

/s/ William M. Parker_____
Law Offices of William M. Parker
William M. Parker, OSB #742505
Attorney for Debtor
4248 Galewood Street
Lake Oswego, OR 97035
Tel: 503.675.4315

CERTIFICATE OF SERVICE - 1

**Law Offices of William M. Parker**
4248 Galewood Street
Lake Oswego, Oregon 97035
Tel.: 503.675.4315 ■ Fax: 503.675.4312