U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

January 8, 2014

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Thomas M Renn*
**U.S. Bankruptcy Judge**

ODCGT (11/24/03) alp

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 Vince E Granno
Debtor(s)

Case No. **13–64457–tmr13**

ORDER DENYING
CONFIRMATION AND
GRANTING ADDITIONAL
TIME TO FILE DOCUMENTS

**IT IS ORDERED** that confirmation of the debtor's plan dated **12/10/13** is denied for the following reason(s):

   **Debtor(s) wants to file an amended plan.**

   **Debtor failed to file documents requested by the trustee.**

   **Debtor needs to file amended schedules**

**IT IS FURTHER ORDERED** the debtor(s) take the following action:

   **File an amended plan (using local form #1355.05) within 21 days of the date of the above "FILED" date. [NOTE: If an adjourned hearing was not set by the court, you must obtain a hearing date and time pursuant to pt. 2 of LBF #1355.05.]**

   **File documents requested by the trustee within 10 days of the above "FILED" date.**

   **File amended schedules within 21 days of the above "FILED" date.**

**IT IS FURTHER ORDERED** that if the debtor(s) fails to comply with the above requirements, or fails to file a motion to convert this case to a case under Chapter 7 by the time specified in the above paragraph, this case may be dismissed without further notice or hearing.

###

Case 13-64457-tmr13    Doc 18    Filed 01/08/14