```
                         United States Bankruptcy Court
                                District of Oregon
```

In re:                                                          Case No. 13-64457-tmr
Vince E Granno                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6          User: annetta              Page 1 of 1              Date Rcvd: Jan 08, 2014
                              Form ID: ODCGT             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2014.
db            +Vince E Granno,    1225 Candlewood Drive NE,    Keizer, OR 97303-4126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2014 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
**January 8, 2014**
Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Thomas M Renn*

**U.S. Bankruptcy Judge**

ODCGT (11/24/03) alp

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Vince E Granno**
Debtor(s)

)
)
) Case No. **13–64457–tmr13**
)
)
) ORDER DENYING
) CONFIRMATION AND
) GRANTING ADDITIONAL
) TIME TO FILE DOCUMENTS
)

**IT IS ORDERED** that confirmation of the debtor's plan dated **12/10/13** is denied for the following reason(s):

  **Debtor(s) wants to file an amended plan.**

  **Debtor failed to file documents requested by the trustee.**

  **Debtor needs to file amended schedules**

**IT IS FURTHER ORDERED** the debtor(s) take the following action:

  **File an amended plan (using local form #1355.05) within 21 days of the date of the above "FILED" date. [NOTE: If an adjourned hearing was not set by the court, you must obtain a hearing date and time pursuant to pt. 2 of LBF #1355.05.]**

  **File documents requested by the trustee within 10 days of the above "FILED" date.**

  **File amended schedules within 21 days of the above "FILED" date.**

**IT IS FURTHER ORDERED** that if the debtor(s) fails to comply with the above requirements, or fails to file a motion to convert this case to a case under Chapter 7 by the time specified in the above paragraph, this case may be dismissed without further notice or hearing.

18

###