UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| **Vince E Granno** ) | Case No.  **13-64457** |
| ) | |
| ) | NOTICE OF DEBTOR'S |
| ) | AMENDMENT OF MAILING LIST |
| Debtor(s) ) | OR SCHEDULES D, E, F, G AND/OR H |

**I. FILING INSTRUCTIONS FOR DEBTOR(S):**
   A.  File this form to add or delete creditors from the mailing list and/or Schedules D, E, F, G or H, or change the amount or classification of a debt listed on schedules D, E, or F. An amendment filing fee is required.
   B.  If filing in paper, you must also include a creditor mailing list with ONLY the NEW or DELETED creditors listed in the format set forth on LBF #104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
   C.  If amending Schedules D, E, F, G or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
   D.  If amending Schedules D, E, or F, you must also file an updated Summary of Schedules (Official Form #B6), including page 2 if an individual.
   E.  If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
   F.  To file an address change for a previously listed creditor, use LBF #101C instead of this form.

**II. SERVICE INSTRUCTIONS FOR DEBTOR(S):**
   A.  **When adding creditors:** Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
      1.  **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
      2.  **(All chapters)** Each applicable amended schedule.
      3.  **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
      4.  **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
      5.  **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and , in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
      6.  **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
      7.  **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
      8.  **(Chapter 9 or 11)** The notice of any pending hearing on a proposed disclosure statement, with attachments.
   B.  **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:**
       Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
      1.  **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
      2.  **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

**III. CERTIFICATE OF COMPLIANCE:**

   The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)].

| | |
|---|---|
| Dated:  **February  4, 2014** | **/s/ William M. Parker** |
| | Signature |
| | **William M. Parker 742505  5036754315** |
| | Type or Print Signer's Name **AND** Phone No. |
| | **1225 Candlewood Drive NE** |
| | **Keizer, OR 97303** |
| | **xxx-xx-9325** |
| | Debtor's Address & Taxpayer ID #(s) (last 4 digits) |

728 (5/1/13)

# United States Bankruptcy Court
### District of Oregon

In re  **Vince E Granno**,
Debtor

Case No. __13-64457__

Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 405,000.00 | | |
| B - Personal Property | Yes | 3 | 12,850.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 481,677.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 20,925.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 160,063.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,966.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,906.10 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 417,850.00 | | |
| | | | Total Liabilities | 662,667.20 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Oregon

In re    **Vince E Granno** ,    Case No. **13-64457**
                                                                Debtor

Chapter    **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 20,925.94 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 20,925.94 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,966.00 |
| Average Expenses (from Schedule J, Line 18) | 3,906.10 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,555.71 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 76,677.31 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 20,925.94 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 160,063.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 236,741.26 |

In re  **Vince E Granno**                                              ,  Case No. **13-64457**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3110**  Creditor #: 1  Ocwen  PO Box 6440  Carol Stream, IL 60197 | | - | 01/29/2001  Home Mortgage 1st  Residence: House  Location: 1225 Candlewood Drive Keizer, OR 97303  Value $ **175,000.00** | | | | 190,440.81 | 15,440.81 |
| Account No. **xxxxxxx9118**  Creditor #: 2  Ocwen  PO Box 6440  Carol Stream, IL 60197 | | - | 05/17/2005  Home Mortgage 2nd  Rental House  Location: 7557 Broken Top Ave Keizer Oregon 97303  Value $ **230,000.00** | | | | 59,937.26 | 59,937.26 |
| Account No.  Creditor #: 3  Ocwen  PO Box 6440  Carol Stream, IL 60197 | | - | Rental House  Location: 7557 Broken Top Ave Keizer Oregon 97303  Value $ **230,000.00** | | | | 231,299.24 | 1,299.24 |
| Account No.  | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal (Total of this page) | 481,677.31 | 76,677.31 |
| | | | | | | Total (Report on Summary of Schedules) | 481,677.31 | 76,677.31 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Vince E Granno**                                   Case No.   **13-64457**
                                       Debtor(s)             Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **23**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 4, 2014**          Signature   **/s/ Vince E Granno**
                                                 **Vince E Granno**
                                                 Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Oregon**

In re   **Vince E Granno**

Debtor(s)

Case No.   **13-64457**

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **February 4, 2014**

**/s/ Vince E Granno**
**Vince E Granno**
Signature of Debtor

Albertina Kerr
424 NE 22nd Ave.
Portland, OR 97232


AT&T Mobility
PO Box 981008
Boston, MA 02298-1008


Audatex North America
c/o Law Offices of Kenneth Freed
Sherman Oaks, CA 91413


Autobody CCC Information
PO Box 8500
Philadelphia, PA 19178


Automotive Painting Specialists
Bend, OR 97709


Brian Hartman
1781 Liberty St. SE
Salem, OR 97302


Capital Lending Group
PO Box 89725
Sioux Falls, SD 57109


Chase Bank
PO Box 22338
Eugene, OR 97402


Citibank
PO Box 1259 Dept 12421
Oaks, PA 19456


Comcast
1327 Hwy 2West, Suite 100
Kalispell, MT 59901


DEX Media West
PO Box 3766
Spokane, WA 99220

DS Waters of America
PO Box 5013
Hayward, CA 94540


Farmers' Insurance
Boston, MA 02205


First American Payment System
100 Throckmorton Street, Suite 1800
Fort Worth, TX 76102


First Data Merchant Services
5251 Westheimer Road
Houston, TX 77056


Gatti Gatti Maier Sayer Thayer Smith
1781 Liberty Street, SE
Salem, OR 97302


GE Money Bank
PO Box 530993
Atlanta, GA 30353


Green Tree United Mortgage
7360 South Kyrene Road
Tempe, AZ 85283


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Midland Funding
8875 Aero Drive # 200
San Diego, CA 92123


NW Natural Gas
P.O. Box 6017
Portland, OR 97228-6017


Ocwen
PO Box 6440
Carol Stream, IL 60197

Oregon Anesthesiologist Group, Inc.
P.O. Box 2040
Portland, OR 97208-2040


Oregon Dept of Revenue
955 Center Street NE
Salem, OR 97301-2555


PDC Pages
PO Box 150621
Ogden, UT 84415


PGE
P.O. Box 4438
Portland, OR 97208-4438


R&R Supply
5757 Olivias Park Drive #A
Ventura, CA 93003


R&R Tree Service
Salem, OR 97302



Salem Auto Wreckers
280 S. Pacific Hwy.
Woodburn, OR 97071


Salem Clinic PC
P.O. Box 8100
Salem, OR 97303-0900


State of Oregon Employment Tax Unit
PO Box 4395
Portland, OR 97208


Tauni Penner
c/o Young Walgenkim
838 Commercial Street NE
Salem, OR 97301


US Bank
Forest Hill, MD 21050

US Bank
PO Box 11530
Overland Park, KS 66207

US Bank National Association
Eugene, OR 97440

Washington Mutual
PO Box 12669
Portland, OR 97212

Wells Fargo
PO Box 29746
Phoenix, AZ 85038

Yellow Book Sales & Dis. Co.
PO Box 1164
Metairie, LA 70004