United States Bankruptcy Court
District of Oregon

In re:                                                                  Case No. 13-64457-tmr
Vince E Granno                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6        User: jonni          Page 1 of 2          Date Rcvd: Mar 28, 2014
                            Form ID: NPD         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2014.
```
db         +Vince E Granno,    1225 Candlewood Drive NE,    Keizer, OR 97303-4126
cr         +Deutsche Bank National Trust Company,    c/o ROBINSON TAIT, P.S.,    710 Second Avenue, Suite 710,
             Seattle, WA 98104-1724
100536291   AT&T Mobility,   PO Box 981008,    Boston, MA 02298-1008
100536290  +Albertina Kerr,    424 NE 22nd Ave.,    Portland, OR 97232-2876
100536292  +Audatex North America,    c/o Law Offices of Kenneth Freed,    14226 Ventura Blvd,
             Sherman Oaks, CA 91423-2715
100536293  +Automotive Painting Specialties,    1707 NE Hwy 20,    Bend, OR 97701-4983
100536294  +Brian Hartman,    1781 Liberty Street SE,    Salem, OR 97302-5158
100536295  +Capital Lending Group,    PO Box 89725,    Sioux Falls, SD 57109-9725
100536296  +Chase Bank,   PO Box 22338,    Eugene, OR 97402-0477
100536297  +Citibank,   PO Box 1259 Dept 12421,    Oaks, PA 19456-1259
100513893  +Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,    Po Box 7999,
             Saint Cloud Mn 56302-7999
100536298  +Comcast,   1327 Hwy 2 West, Suite 100,    Kalispell, MT 59901-3413
100536299  +DEX Media West,    PO Box 3766,    Spokane, WA 99220-3766
100536300  +DS Waters of America,    PO Box 5013,    Hayward, CA 94540-5013
100571693   Deutsche Bank National Trust Company c/o   Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
100536301  +Farmers Insurance,    4680 Wilshire Blvd.,    Los Angeles, CA 90010-3807
100536302  +First American Payment Systems,    100 Throckmorton Street, Suite 1800,
             Fort Worth, TX 76102-2802
100536303  +First Data Merchant Services,    5251 Westheimer Road,    Houston, TX 77056-5412
100536306   NW Natural Gas,    PO Box 6017,    Portland, OR 97228-6017
100536307  +Ocwen,   PO Box 6440,    Carol Streams, IL 60197-6440
100536308   Oregon Anesthesiologist Group, Inc.,    PO Box 2040,    Portland, OR 97208-2040
100536309  +PDC Pages,   PO Box 150621,    Ogden, UT 84415-0621
100536311  +R&R Tree Service,    1710 Commercial St. NE,    Salem, OR 97301-0707
100536312  +Salem Auto Wreckers,    280 S. Pacific Hwy,    Woodburn, OR 97071-5929
100536313   Salem Clinic PC,    PO Box 8100,    Salem, OR 97303-0900
100536314   State of Oregon Employmrent Tax Unit,    PO Box 4395,    Porland, OR 97208-4395
100454454  +Tauni Penner,    c/o Young Walgenkim,    838 Commercial Street NE,    Salem, OR 97301-1016
100536315  +US Bank,   PO Box 11530,    Overland Park, KS 66207-4230
100536316  +US Nank National Association,    800 Nicollet Mall,    Minneapolis, MN 55402-2511
100536317  +Washington Mutual,    PO Box 12669,    Portland, OR 97212-0669
100536318  #+Wells Fargo,    PO Box 29746,    Phoenix, AZ 85038-9746
100536319  +Yellow Book Sales & Dist. Co.,    PO Box 1164,    Metairie, LA 70004-1164
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
100509799    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2014 00:52:41
             American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
             Oklahoma City, OK  73124-8838
100475936    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2014 00:51:06
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
100536304   +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2014 00:52:54      GE Money Bank,    PO Box 530993,
             Atlanta, GA 30353-0993
100552168   +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2014 00:52:54      Green Tree Servicing LLC,
             7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
100536305   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2014 00:45:56      Midland Funding,
             8875Aero Drive #200,    San Diego, CA 92123-2255
100558821   +E-mail/Text: bknotices@professionalcredit.com Mar 29 2014 00:46:12       NORTHWEST NATURAL GAS,
             C/O PROFESSIONAL CREDIT SERVICE,    PO BOX 7548,    SPRINGFIELD, OR 97475-0039
100536310    E-mail/PDF: Credit.Approvals@pgn.com Mar 29 2014 00:52:38      PGE,    PO Box 4438,
             Portland, OR 97208-4438
100559371   +E-mail/PDF: Credit.Approvals@pgn.com Mar 29 2014 00:52:38      PORTLAND GENERAL ELECTRIC,
             7895 SW MOHAWK ST,    TUALATIN OR 97062-9192
100558815   +E-mail/Text: bknotices@professionalcredit.com Mar 29 2014 00:46:12       SALEM HOSPITAL,
             C/O PROFESSIONAL CREDIT SERVICE,    PO BOX 7548,    SPRINGFIELD, OR 97475-0039
100570823   +E-mail/Text: ucrsupport@ureach.com Mar 29 2014 00:45:35      United Credit Recovery,
             P.O. Box 953245,    Lake Mary, FL 32795-3245
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0979-6          User: jonni              Page 2 of 2          Date Rcvd: Mar 28, 2014
                              Form ID: NPD             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2014 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```

NPD (12/1/09) jrp

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Vince E Granno**
Debtor(s)

) Case No. **13–64457–tmr13**
)
)
) NOTICE OF PROPOSED
) DISMISSAL OF CASE
)
)

March 28, 2014

Clerk, U.S. Bankruptcy Court

BY **jrp** DEPUTY

**IT APPEARING** that:

   **The debtor(s) filed a motion to dismiss this case.**

**YOU ARE THEREFORE NOTIFIED** that the case for the debtor(s) named above may be dismissed, for the reason(s) cited as to the named debtor(s), unless, within 21 days of this notice's "Filed" date as shown above, a party in interest (excluding the debtor or debtor's attorney if the debtor has failed to comply with a court order) files a written objection thereto, setting forth the specific grounds for such objection, with both: (1) the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401, and (2) the parties listed below, if any:

Attorney for the Debtor(s): WILLIAM M PARKER, 4248 Galewood St, Lake Oswego, OR 97035, (503) 675–4315

Trustee: Fred Long, POB 467, Eugene OR, 97440, (541) 343–1555

**IMPORTANT NOTE:** Unless you receive a notice, or copy, of an Order of Dismissal from this court, you should consider that this case is active and will be closed in the ordinary course of case administration!

Clerk, U.S. Bankruptcy Court