United States Bankruptcy Court
District of Oregon

In re:                                                                          Case No. 13-64457-tmr
Vince E Granno                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6           User: bob              Page 1 of 2            Date Rcvd: Apr 24, 2014
                               Form ID: OD2           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2014.
db          +Vince E Granno,   1225 Candlewood Drive NE,   Keizer, OR 97303-4126
smg         +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
              Salem, OR 97309-5013
smg         +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg         +US Attorney General,   Department of Justice,   10th & Constitution NW,
              Washington, DC 20530-0001
cr          +Deutsche Bank National Trust Company,   c/o ROBINSON TAIT, P.S.,   710 Second Avenue, Suite 710,
              Seattle, WA 98104-1724
100536291    AT&T Mobility,   PO Box 981008,   Boston, MA 02298-1008
100536290   +Albertina Kerr,   424 NE 22nd Ave.,   Portland, OR 97232-2876
100536292   +Audatex North America,   c/o Law Offices of Kenneth Freed,   14226 Ventura Blvd,
              Sherman Oaks, CA 91423-2715
100536293   +Automotive Painting Specialties,   1707 NE Hwy 20,   Bend, OR 97701-4983
100536294   +Brian Hartman,   1781 Liberty Street SE,   Salem, OR 97302-5158
100536295   +Capital Lending Group,   PO Box 89725,   Sioux Falls, SD 57109-9725
100536296   +Chase Bank,   PO Box 22338,   Eugene, OR 97402-0477
100536297   +Citibank,   PO Box 1259 Dept 12421,   Oaks, PA 19456-1259
100536298   +Comcast,   1327 Hwy 2 West, Suite 100,   Kalispell, MT 59901-3413
100536299   +DEX Media West,   PO Box 3766,   Spokane, WA 99220-3766
100536300   +DS Waters of America,   PO Box 5013,   Hayward, CA 94540-5013
100571693    Deutsche Bank National Trust Company c/o,   Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,   P.O. BOX 24605,   West Palm Beach, FL 33416-4605
100536301   +Farmers Insurance,   4680 Wilshire Blvd.,   Los Angeles, CA 90010-3807
100536302   +First American Payment Systems,   100 Throckmorton Street, Suite 1800,
              Fort Worth, TX 76102-2802
100536303   +First Data Merchant Services,   5251 Westheimer Road,   Houston, TX 77056-5412
100536306    NW Natural Gas,   PO Box 6017,   Portland, OR 97228-6017
100536307   +Ocwen,   PO Box 6440,   Carol Streams, IL 60197-6440
100536308    Oregon Anesthesiologist Group, Inc.,   PO Box 2040,   Portland, OR 97208-2040
100536309   +PDC Pages,   PO Box 150621,   Ogden, UT 84415-0621
100536311   +R&R Tree Service,   1710 Commercial St. NE,   Salem, OR 97301-0707
100536312   +Salem Auto Wreckers,   280 S. Pacific Hwy,   Woodburn, OR 97071-5929
100536313    Salem Clinic PC,   PO Box 8100,   Salem, OR 97303-0900
100536314   +State of Oregon Employrment Tax Unit,   PO Box 4395,   Porland, OR 97208-4395
100454454   +Tauni Penner,   c/o Young Walgenkim,   838 Commercial Street NE,   Salem, OR 97301-1016
100536315   +US Bank,   PO Box 11530,   Overland Park, KS 66207-4230
100536316   +US Nank National Association,   800 Nicollet Mall,   Minneapolis, MN 55402-2511
100536317   +Washington Mutual,   PO Box 12669,   Portland, OR 97212-0669
100536319   +Yellow Book Sales & Dist. Co.,   PO Box 1164,   Metairie, LA 70004-1164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: ORREV.COM Apr 25 2014 00:13:00    ODR Bkcy,   955 Center NE #353,   Salem, OR 97301-2555
100509799    EDI: AIS.COM Apr 25 2014 00:13:00    American InfoSource LP as agent for,
              First Data Global Leasing,   PO Box 248838,   Oklahoma City, OK 73124-8838
100475936    EDI: AIS.COM Apr 25 2014 00:13:00    American InfoSource LP as agent for,   Midland Funding LLC,
              PO Box 268941,   Oklahoma City, OK  73126-8941
100513893   +EDI: JEFFERSONCAP.COM Apr 25 2014 00:13:00    Collecto Us Asset Managemnt, Inc.,
              c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
100536304   +EDI: RMSC.COM Apr 25 2014 00:13:00    GE Money Bank,   PO Box 530993,   Atlanta, GA 30353-0993
100552168   +EDI: RMSC.COM Apr 25 2014 00:13:00    Green Tree Servicing LLC,   7340 S. Kyrene Rd.,
              Recovery Dept - T120,   Tempe, AZ 85283-4573
100536305   +EDI: MID8.COM Apr 25 2014 00:13:00    Midland Funding,   8875Aero Drive #200,
              San Diego, CA 92123-2255
100558821   +E-mail/Text: bknotices@professionalcredit.com Apr 25 2014 00:20:13    NORTHWEST NATURAL GAS,
              C/O PROFESSIONAL CREDIT SERVICE,   PO Box 7548,   SPRINGFIELD, OR 97475-0039
100612432    EDI: ORREV.COM Apr 25 2014 00:13:00    ODR Bkcy,   955 Center St NE,   Salem OR 97301-2555
100536310    E-mail/PDF: Credit.Approvals@pgn.com Apr 25 2014 00:23:23    PGE,   PO Box 4438,
              Portland, OR 97208-4438
100559371   +E-mail/PDF: Credit.Approvals@pgn.com Apr 25 2014 00:23:23    PORTLAND GENERAL ELECTRIC,
              7895 SW MOHAWK ST.,   TUALATIN OR 97062-9192
100558815   +E-mail/Text: bknotices@professionalcredit.com Apr 25 2014 00:20:13    SALEM HOSPITAL,
              C/O PROFESSIONAL CREDIT SERVICE,   PO Box 7548,   SPRINGFIELD, OR 97475-0039
100570823   +E-mail/Text: ucrsupport@ureach.com Apr 25 2014 00:19:39    United Credit Recovery,
              P.O. Box 953245,   Lake Mary, FL 32795-3245
100536318   +EDI: WFFC.COM Apr 25 2014 00:13:00    Wells Fargo,   PO Box 29746,   Phoenix, AZ 85038-9746
                                                                                              TOTAL: 14

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0979-6          User: bob              Page 2 of 2            Date Rcvd: Apr 24, 2014
                              Form ID: OD2           Total Noticed: 47

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2014                                Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2014 at the address(es) listed below:
NONE.                                                                        TOTAL: 0

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

# F I L E D

**April 24, 2014**

**Clerk, U.S. Bankruptcy Court**

## Below is an order of the Court.

*Thomas M Ren*

**U.S. Bankruptcy Judge**

OD2 (6/29/12) rts

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Vince E Granno**, xxx–xx–9325
Debtor(s)

)
)
)
)
)
)
)
)

Case No. **13–64457–tmr13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

   **The Debtor filed a motion to dismiss this case.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

### ###

33